**2014-0139. Dublin City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012-1292.

**2014-0168. Equity Dublin Assocs. v. Testa.**
Board of Tax Appeals, Nos. 2011-Q-1792 and 2011-Q-1795.

# CASE ANNOUNCEMENTS
## *March 12, 2014*

[Cite as *03/12/2014 Case Announcements*, 2014-Ohio-889.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013-1804. Birdsall v. Miller.**
In Habeas Corpus. On petition for writ of habeas corpus of Dean Birdsall. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-1937. State ex rel. Brooks v. Kelly.**
In Habeas Corpus. On petition for writ of habeas corpus of Dwayne Brooks. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-1939. State ex rel. Tolliver v. Beatty.**
In Procedendo. On amended motion to dismiss. Motion granted. On request for an order directing the service of unserved judges' decision. Request denied as moot. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-1976. State ex rel. Brooks v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Leander B. Brooks. Sua sponte, cause dismissed. On request for oral argument. Request denied.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-1991. Bandy v. Kelly.**
In Habeas Corpus. On petition for writ of habeas corpus of Willie Bandy. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-2001. Rembert v. Bunting.**
In Habeas Corpus. On petition for writ of habeas corpus of Albert L. Rembert. Sua sponte, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-2002. Cook v. Jennings.**
In Mandamus. On motions to dismiss. Motions granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-2031. Wilson v. Bunting.**
In Habeas Corpus. On petition for writ of habeas corpus of Samuel A. Wilson. Sua sponte, cause dismissed. On motion for default judgment. Motion denied.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-2045. De Long v. Roberson.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, LANZINGER, and O'NEILL, JJ., concur.
O'DONNELL, KENNEDY, and FRENCH, JJ., dissent and would grant an alternative writ.

**2014-0010. State ex rel. Savage v. DeWine.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.